**ROTHENBERG & CAMPBELL**

BY:   Dave W. Rothenberg, Esquire  *Attorneys for the*
345 Wyoming Avenue, Suite 210  *Defendant.*
Scranton, Pennsylvania 18503
P: (570) 207-2889 | F: (570) 207-3991
Email: HRLaw06@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIEN FRAZIER,** | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION No. |
| | : | 1:25-CV-02531-SAC |
| v. | : | |
| | : | (The Honorable US Magistrate |
| **DOT COMPLIANCE SERVICES,** | : | Judge Sean A. Camoni) |
| | : | |
| Defendant. | : | |

**CERTIFICATE OF SERVICE**

I, Dave W. Rothenberg, Esquire, counsel for the above-captioned Defendant, DOT Compliance services, do hereby certify that on this 6th day of February, 2026, I caused a true and accurate copy of the foregoing *Defendant's Motion to Strike Pursuant to Fed. R. Civ. P. 12(f)* to be served upon the Plaintiff, Erein Frazier, via this Honorable Court's electronic case filing system.

Respectfully Submitted,

_____
Dave W. Rothenberg, Esquire
*ROTHENBERG & CAMPBELL*