IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ERIEN FRAZIER, | : |
| Plaintiff, | : CIVIL ACTION No. |
| | : 1:25-CV-02531-SAC |
| v. | : |
| | : (The Honorable US Magistrate |
| DOT COMPLIANCE SERVICES, | : Judge Sean A. Camoni) |
| Defendant. | : |

## ORDER

**AND NOW**, this _____ day of _____, 2026, upon consideration of the Defendant's Motion to Strike Plaintiff's "Notice to the Court Regarding Improper Waiver and Defendant's Delay Tactics", and the Plaintiff's response thereto, if any, it is hereby ORDERED as follows:

1. The Defendant's Motion to Strike is **GRANTED** as Plaintiff's "Notice" is both substantively and procedurally improper; and

2. The Plaintiff's filing entitled "Notice to the Court Regarding Improper Waiver and Defendant's Delay Tactics" is hereby **STRICKEN** from the record in its entirety.

BY THE COURT:

_____ J.